# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:

Congress Dickerson, Jr. and Lashunta M Dickerson

    Debtor(s)

U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2014–08

    Movant(s),
vs.

Congress Dickerson, Jr. and Lashunta M Dickerson, Debtors and Russell C Simon, Trustee

    Defendant(s).

In Proceedings Under Chapter 13

BK 12–31452–lkg

## ORDER GRANTING RELIEF FROM STAY

This matter is before the Court on a motion for relief from automatic stay filed on 6/28/2017; it appearing to the Court

☑ that the debtor has not filed an objection and/or has consented to the motion;

☑ that the Trustee has not filed an objection and/or has consented to the motion;

☐ other:

Accordingly, **IT IS ORDERED** that the automatic stay with respect to the property described in the motion is lifted. The provision in Bankruptcy Rule 4001 (a) (3) staying for fourteen days an order granting a motion for relief from stay is hereby waived.

ENTERED: July 13, 2017

/s/ Laura K. Grandy
UNITED STATES BANKRUPTCY JUDGE